IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESTINY BROWN**, individually and as the surviving parent of Shulena A. Weldon, and as administratrix of the estate of Shulena A. Weldon,<br>    Plaintiff<br><br>v.<br><br>**STEVEN L. NOVACEK, et al.,**<br>    Defendants | :<br>:<br>:<br>:<br>: No. 1:14-cv-00988<br>:<br>:<br>: (Judge Kane)<br>:<br>: |

## ORDER

**AND NOW**, on this 5th day of November 2014, **IT IS HEREBY ORDERED THAT** the motion to dismiss (Doc. No. 13) filed by Defendants Harrisburg Bureau of Police and City of Harrisburg, Pennsylvania is **GRANTED IN PART** as follows:

1. All claims against named Defendant Harrisburg Bureau of Police are **DISMISSED WITH PREJUDICE**;

2. Plaintiff's claim against Defendant City of Harrisburg, Pennsylvania arising under 42 U.S.C. § 1983 and the United States Constitution are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's claim for punitive damages against Defendant City of Harrisburg, Pennsylvania in connection with Plaintiff's claim arising under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**;

4. Plaintiff's remaining state law claims against all defendants are not dismissed; and

5. Plaintiff is granted leave to file an amended complaint within 21 days of the date of this order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania